# EXHIBIT A

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant States Attorney
3  Chief, Criminal Division
   KERI CURTIS AXEL   (Cal. Bar No. 186847)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5421
7       Facsimile: (213) 894-6269
        E-mail: keri.axel@usdoj.gov
8
   Attorneys for the
9  United States of America

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,    ) NO. CR 03-626-TJH
13                              )
                     Plaintiff, )
14                              )
                v.              ) STIPULATION RE ACTUAL LOSSES
15                              ) AND RESTITUTION AMOUNTS FOR
                                ) PURPOSES OF RE-SENTENCING OF
16 John Laurienti, et al.,      ) DEFENDANTS FOLLOWING REMAND
                                )
17                  Defendants. )
                                ) Courtroom of the Hon. Terry
18 ─────────────────────────────) J. Hatter

19      Plaintiff United States of America, by and through its

20 counsel of record, the United States Attorney for the Central

21 District of California, defendant Bryan Laurienti, by and through

22 his counsel of record, Deputy Federal Public Defender Neha Meta,

23 defendant David Montesano, by and through his counsel of record

24 Dennis Riordan, Donald Samaria, by and through his counsel Irene

25 Ayala, and Curtiss Parker, by and through his counsel of record,

26 Karen Landau, hereby stipulate and agree as follows:

27      For the purpose of the re-sentencing of the defendants after

28 the remand of this matter from the Ninth Circuit, specifically,

for the purposes of calculating restitution and determining the actual losses of victims of the defendants' offenses of conviction under United States Sentencing Guidelines § 2B1.1, the parties agree and stipulate to the following actual loss/ restitution amounts:

A.    **Defendant Bryan Laurienti**

| Name | Stipulated Actual Loss/Restitution Amount |
| --- | --- |
| Steven & Jennifer Crosby | $133,997.84 |
| Lee Ann Ellison | $6,482 |
| Stephen Foos | $45,183.75 |
| Robert Rodriguez | $19,018.75 |
| **Total** | **$204,682.34** |

B.    **Defendant David Montesano**

| Name | Stipulated Actual Loss/Restitution Amount |
| --- | --- |
| Stan Chersky | $3,216.50 |
| Richard Kempthorn | $30,185.75 |
| Clint Martin | $27,449 |
| Larry Parker | $169.00 |
| Frank Quach | $6,314.00 |
| Asif Qureshy | $51,920.63 |
| Gary Shira | $9,553.38 |
| Robert Stevenson | $16,568.25 |
| Cliff Stewart | $30,000 |
| **Total** | **$175,376.51** |

### C.   Defendant Curtiss Parker

| Name | Stipulated Actual Loss/Restitution Amount |
|------|-------------------------------------------|
| Lloyd McGowan | $500,000 |
| Jacob Ross | $188,094.61 |
| Dr. Jeffrey Solomon | $149,284.63 |
| Dr. William Symonds | $311,564.37 |
| **Total** | **$1,179,129.36** |

### D.   Defendant Donald Samaria

| Name | Stipulated Actual Loss/Restitution Amount |
|------|-------------------------------------------|
| John Badar | $19,880 |
| Billy Knott | $760,556.27  (loss)/$380,278.14 (restitution) |
| Lloyd McGowan* | $500,000 |
| Jacob Ross* | $188,094.61 |
| David Rumbold | $10,000 |
| Dr. Jeffrey Solomon* | $149,284.63 |
| Dr. William Symonds* | $311,564.37 |
| Robert Wiker | $68,849.25 |
| **Total** | **$2,008,229.13 (Loss)/$1,627,951 (Restitution)** |

*Joint client; liability joint and several with Curtiss Parker

As to victim Billy Knott, the government and defendant Samaria agree that defendant Samaria's restitution obligation should be only half of such victim's loss, in the amount set forth above, because the loss should have been joint and several with defendant Curtiss Parker, but such loss was omitted from

3

1 defendant Parker's Presentence Report and Judgment and Commitment

2 order and therefore not charged to defendant Parker.

3     The government further agrees that it will not argue that

4 any additional actual losses apply for any defendant, or that

5 relevant conduct principles apply (other than to the overlapping

6 Samaria/Parker victims set forth above), but notes that it will

7 argue that defendant Laurenti also intended greater losses with

8 respect to the victims Steven & Jennifer Crosby, and that such

9 losses should be included in the loss calculation under USSG

10 §2B1.1.  The government and defendant Laurienti have no agreement

11 as to such intended losses, and reserve the right to disagree at

12 sentencing about whether the loss amount for Guidelines purposes

13 should include any such intended losses.

14     This stipulation concerns only the calculation of loss for

15 Guidelines purposes, and the determination of restitution.  The

16 parties preserve all other sentencing arguments to the extent of

17 the remand, including all arguments as to the appropriate

18 sentence under 18 U.S.C. § 3553(a) and <u>Booker</u>.

19                      ANDRÉ BIROTTE JR.

20                      United States Attorney

                       ROBERT E. DUGDALE

21                      Assistant United States Attorney

                       Chief, Criminal Division

22

23 DATED: _____  _____

                       KERI CURTIS AXEL

24                      Assistant United States Attorney

                       Attorney for Plaintiff

25

26 / / /

27 / / /

28

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G

May 12, 2011

Dear Judge Hatter,

I'm Michelle Laurienti, the spouse of Bryan Laurienti Sr.  As I write this plea of mercy for Bryan, my heartache for him and our family is immense. This has been the longest, uncertain, saddest and most stressful road our family has suffered through with many years of tears, fear and feelings of helplessness. We have been hoping and praying for a miracle.

Bryan is a great person who cares for and loves his family and friends and he also has a wonderful sense of humor.  Trustworthy, integrity, hard-working are only a few of the words to describe the legacy he will leave behind should he be incarcerated.  He has always said that a man who cheats on his wife is a man that cannot be trusted. This is who he is, this is what he believes and this is what he lives by and for that I am a very lucky woman.

Throughout this entire process I was astonished when I heard the names of people Bryan worked with and some that he had gotten to know personally put blame onto him and others so that they would not be charged or would be able to get a plea bargain.  This includes his brother John Laurienti.  I was also shocked to hear the notion that Bryan should have known what his brother was doing.  While Bryan worked there, he didn't hang out with his brother and he didn't know what his brother was doing.  Bryan was never included in John's "circle" of friends.  It was also unbelievable that some of the people who accused him or testified against him had been to our house and shared meals with our family.  As for John and his family, the only time we saw them was Thanksgiving & Christmas and the kids' birthdays.

Over the past eight years I have watched as Bryan's unwavering stance on his defense has diminished as he has now become tired, weary and depressed.  This is what I see on a daily basis but he does not reveal this to his family. He still wakes every morning setting aside all of his problems and stress to have a positive attitude and focus on work and the sustainability of his sons' business.  Bryan is neither a

selfish or greedy person. He would never steal for anyone or from anyone and has pride in himself as a person.

His incarceration would be an incredible loss to not only our family, but to the future of his sons' business, their employees and customers. This really stresses him out. He is so hard working with a great work ethic that is second to none.

At this time, his oldest sister is incredibly ill and suffering from stage 4 cancer. Even before receiving this dire news he did not want to burden anyone in his family with the request to write a letter for him. Bryan of course is more concerned for her and her family. I took it upon myself to ask a few people at work to write a letter for him. They have spent many days and years with him. They are like family.

I know the premise of this letter is to share with you that he has shown remorse for the things that he is accused of and now convicted of doing. It reminds me of the countless men and women sitting in prison or that have sat in prison hoping that someone or something will come to light and save them. In Bryan's case there is no DNA that will prove he is innocent, no person to come forward because it helped their cause to use him and others to get leniency. Today my faith is in you that a just and fair conclusion will be decided.

Thank you so much for your time.

Respectfully,

Michelle Laurienti

# EXHIBIT H

May 27, 2011

Dear Judge Hatter,

I'm writing on behalf of Bryan Laurienti, my Father. I'm 28 years old and a single mother of 2 beautiful little girls. I've worked for Famcor Oil, Inc. for 6 years. I started off as the receptionist and worked my way up to accounts payable. I'm currently enrolled at Glendale Community College, in the Nursing program, and will receive my bachelors from NAU. Everything I do is for my children, Jasmine is 4 years old and Naomi is 3 years old. My beautiful girls both have a special bond with their Papa. I love it when they see my Dad and yell for him, and when he asks "Who loves you?" they both yell, "Papa do!" I love my Dad so much. He is the man in our lives, and the positive father figure for both girls. I'm so scared that all of the beautiful moments they have with him will be forgotten because of their ages.

My Dad is a supportive and caring man dedicated to our family. Over a year ago the father of my children and I split up and my Dad got me through this painful time. He offered for the girls and I stay with him until I got on my feet and promised that no matter what happens he'll always be there for us. He's the man in my life that I can count on to be there even through the rough times.

My father has played a huge part in the lives of my daughters. Jazz and Mimi performed in their first Dance recital and my Dad was there for this beautiful performance. I would love to say their Father showed up but he chose to play in a softball tournament. This is the reason we need my Dad here.

It seems nothing like my Dad to intentionally put everything at risk by doing something illegal. For all the strong values he taught me like hard work, honesty, trust, and belonging, it's almost impossible to believe he knowingly committed an illegal act.

My Father has expressed remorse to our family for the pain that his situation has caused. My Mom is extremely stressed over this, as am I, with the possibility of my girls' Grandfather not being around to see them grow up. How am I going to answer them when they look for their Papa and he's not around? I feel like I can't breathe every time I think of not seeing my Dad every day.

Please consider my letter when making your final decision.

Respectfully,

Tiffany Laurienti

# EXHIBIT I

10 May 2011

From:      Special Activities Officer, SEAL Team ONE
To:        The Honorable Judge Hatter, United States District
Court, Central District of California

Subject:  LETTER OF CONSIDERATION IN REGARDS TO THE SENTENCING
OF MR. BRYAN LAURIENTI

Ref: a. Attachment, Form DD214

1. This letter is not an attempt to dispute the guilt or
   innocence of Mr. Laurienti nor is it to question the verdict of
   the court. It is, however, a request that this reference of
   character be taken into consideration while deciding sentence
   in his case.

2. In order to vouch for the character of Bryan Laurienti, I must
   first, in the eyes of the court, validate mine. I am a 21 year
   veteran of the Untied states Navy SEAL Teams. (See Ref a). I am
   currently serving as the SEAL Team ONE Special Activities and
   Counterintelligence Officer. I have a loving and supportive
   wife and two wonderful children, one of which -Audrey - at the
   age of 7 has seen her father return from multiple combat
   deployments. As one who has served in the Armed Forces could
   imagine, a career Naval Officer in the Special Operations
   community cannot afford to keep the company of low character
   individuals. With that, I regard Bryan as one of my few and
   most trusted personal friends.

3. Bryan has always been my sounding board of wise decision
   making in regards to domestic matters. He has always put his
   family first with unflinching sacrifice for his three children
   and three grandchildren. Today, as the center of support for
   two generations of the Laurientis, Bryan is a role model of
   what a father in America should be.

4. As a Department of Defense employee, I have no point of
   reference in the loss or gains for hundreds of thousands or
   even millions of dollars leveraged in the stock markets. I am
   more concerned with spending $90.00 in fuel to get to work. So
   I have no concept of what an affluent businessman who can
   afford such luxuries may or may not have suffered in this
   matter. I do know, through his experience with this case,
   Bryan's sole focus has turned to the support of his family. He

will never have dealings with the stock market again nor will
he be in position to do harm to the public financial trust. At
this point, any further harm will be placed on Bryan's family
as he is the foundation of support on which they rely.

5. Your Honor, please consider the option of probation with the
harshest repercussion for violation vise incarceration in this
matter. I feel that this would be in the best interest of the
public while allowing Mr. Laurienti the ability to maintain the
commitment to his family. Sir, thank you for your time and
service and please take this letter into consideration as you
wisely deliberate over Bryan's case.

6. This Letter is a personal recommendation and not an
endorsement of the United States Navy.

S.L. Canaan
Chief Warrant Officer, USN

EXHIBIT J

Dear Judge Hatter,

This letter is to outline my relationship and perspective on the character of Bryan Laurienti.

I have known Bryan since 2005 when he was a client of mine at a local radio station. I was the General Sales Manager and we developed a talk show for the station that promoted one of the products that BBB Systems had developed. I worked on the show with Michelle Laurienti for a number of years and during that time became great friends with the Laurienti family. As the station wound down, Bryan offered me an opportunity to come over and work with BBB Systems on specific projects. Throughout the three years that I have worked at BBB Systems, I have become very close with the entire family. In fact, they consider me to be part of the family!

Bryan and I have talked a lot about our past careers and the thing that impresses me about Bryan is the drive that he has. He is one of the most unique sellers that I have ever seen! He has an innate ability to see the needs of a customer and offer a solution to fix it. Plus, I have personally seen him tell clients that there is no solution to what they want to accomplish and will not take their money. In all of the jobs that he has worked on, he was successful due to his hard work and honesty.

Bryan also has a real visionary mind. He has an incredible ability to see opportunities and figure out ways to make them successful. When his sons came up with the idea to take their programming and design skills that they possessed and turn it into a company, he helped them develop BBB Systems. The company has grown from the immediate family members to a company that now employs almost 20 people. In his position as adviser and mentor, he has helped individuals excel and develop into valuable assets.

Bryan has many excellent qualities. He is passionate, honest, and generous. In both his personal and business life, which are inextricably intertwined, he constantly demonstrates his love of family, love of work, and love of play, which involve his family. He will tell you what is on his mind, which is a quality I respect as you never have to guess what he thinks. There have been times where he has demonstrated great generosity with employees. If he sees a person that is in need, he will approach Ben, Bob and Michelle and work up a plan to help them out. I personally was without a vehicle and they helped me get one, making my life a lot easier.

I did not know Bryan at the time of the alleged offense, but it has always been hard for me to believe that he would have been any part of such a thing. As I have said earlier, Bryan is bluntly honest and works in the best interests of his clients. It is really a difficult stretch for me to believe that this has gone so far. In my personal opinion, I feel that he was wrapped into this only from his brother being involved. I truly feel that if Bryan really knew what was going on that he would have stood up and told them that he wanted no part of it. I feel that Bryan got into this mess only because his brother. John was involved in the situation and everyone thought that he should have known what his brother was doing, and this is why I believe that he has fought so hard to prove his innocence.

In repeated conversation, Bryan has expressed no remorse for the claim as he is steadfast in professing his innocence. I know Bryan and he will express remorse for things that he has done wrong. That is why I have a hard time with the accusation. His honesty would have brought out remorse if there was any.

I see no plausible situation or reason for Bryan to be involved in the alleged situation in the future. He knows what is right and what is wrong and does not get involved with situations like this. He needs

absolutely no help in deciphering between what is right and wrong.

Bryan and I always discuss ways to make the future brighter for the people in our families and those that work here. His mentoring and advise are indispensable for BBB Systems. Even though his sons own the company, he is the reason that the company has come so far. In the event that he has to go, it could seriously impact the future of the business. I have great concern about the future of the company without Bryan being here. I also would be concerned about the group of talented people that have given a lot to the building of this company and what their future may be. A wonderful business has started to develop here and it is just about to break out and really take roots. Bryan's guidance and creativity are essential to continued growth of BBB Systems.

Bryan is like my brother. Should he have to serve time, he will be missed by me professionally and personally. He will also be missed by his family and the people that he has touched through the business.

Sincerely,

Mike Thomas

EXHIBIT K

May 12, 2011

To the Honorable Terry J. Hatter Jr.:

I am writing this letter in support of Mr. Bryan Anthony Laurienti, whom I came to know starting eight years ago when I began to date his eldest son, Benjamin Laurienti. Bryan is now my father-in-law and over the course of the past eight years I feel that he has grown to care for me as one of his own children. He has been there to support me as I finished up my Bachelor's degree in Elementary Education, embarked on a career as an elementary school teacher, and continued my higher education earning my Master's degree in Educational Leadership.

Bryan is a loving husband, father, and grandfather. Family is of utmost importance to him. He is protective of his loved ones and always works hard to make sure that his family is well taken care of and provided for. This has been evident so often during my relationship with his son, Ben, as we have taken steps to further our relationship. Bryan was supportive when we first moved out and took our first "real" steps into adulthood. He was again there for us when we purchased our first home and then again when we decided to get married and finally, now as we make plans to expand our family.

I have come to know Bryan as an easy-going individual. When it comes to meeting new people or working the crowd in a social setting, Bryan is open and friendly. He is an excellent "people person" as I often see him easily engaging with new people. People respond well to his hospitable personality.

The offense that is claimed to have been committed seems out of character from my perspective as Bryan has never come across to me to be anything less than unselfish, generous, and honest. His is hard working and is the type of person that will do what is right. His character, from what I can tell, is that of a person who is committed to doing what is best for his family.

As mentioned before, Bryan is a family man to the full extent of the term. He cares very deeply about his wife, children, and grandchildren. My husband and I are in the process of expanding our family and Bryan is looking forward to the addition of more grandkids to love and take care of. His is a loving "Papa" and I look forward to seeing my future children grow, interact with, and be influenced by their Papa Bryan. I never had the privilege of having my grandpas around when I was growing up as they had passed away before I was ever able to realize their presence. It is my hope that my children will be able to enjoy the presence of their grandfathers for as long as possible.

Your Honor, thank you for taking the time to consider my thoughts on the character of Mr. Bryan Anthony Laurienti. It was my pleasure to submit this letter on his behalf.

Respectfully,

Heather A. Laurienti

# EXHIBIT L

# EXHIBIT M

May 11, 2011

Honorable Terry J. Hatter Jr.
United States District Court, Central California
312 N. Spring Street
Los Angeles, CA 90012
Phone: (213) 894-5276
Fax: (213) 894-6860

Re: Bryan Laurienti Reference Letter:

To the Honorable Terry J. Hatter Jr.:

Thank you for taking the time to read this letter on behalf of my father Bryan Laurienti. As any son can attest, the character of one's father cannot be fully realized, understood, or appreciated until one is wise enough to understand what it means to have character.

To judge his character for my life in general, it began at conception. My father and my mother were very young when I was conceived, and once he was aware that my mother was pregnant, he did the right thing and married her so I would have a legitimate shot at a good life. To understand how important this is specifically in my case, you would have to understand my mother's side of the family. My mother's side of the family is Native American, where they were the first generation off the reservation. My Grandfather served honorably in the armed services, but unfortunately died at an early age, leaving my Grandmother to raise several children on her own. Without a father figure, my Mother and her siblings were not the best of role models at the time where alcoholism in the family was the norm and not the exception. My Father refused to let me be raised in that environment and chose to marry my Mother and give me a shot at a normal life, which would be a life long struggle, because the negative influence was always there, ever present. His resolve and determination were strong, where if his resolve was not strong, I would most likely not be the only grandchild of my Grandmother to receive a degree from a major university. If his determination was not a lifelong commitment, in all likelihood, I would not have had the many achievements I've had including being an owner of a successful business.

My father has helped my brother and I start our business by being our major influence and advisor. From the beginning, he always told us, as long as you do things right, and are straight with people, you will have a successful business. Our father has always preached customer service, and going above and beyond for every client, and it has paid off. I find it hard to believe that he would ever try to deceive a client, because I have never seen him do it. He has always practiced what he preached, and has always been honest to our clients as to what they could expect throughout the entire process of their project from development to production, as can be seen on our website through our clients' video testimonials.

Even though the world is currently going through an economic crisis, very few of our clients have had to close their doors due to the economy, and I believe our company and my father had a lot to do with that. With that said, I feel if my father is incarcerated, it would have a severely negative impact on our business during these troubling times, which could potentially hurt the economic stability of our company, and could also impact the economic stability of our clients.

As for the case against my father, I'm not going to pretend to understand the full dynamics of it, because in order to even be in the industry he was in, you have to fulfill many training requirements and obtain vast amounts of financial and economic knowledge, then take a series of tests to prove that you know it. I do however know technology and have been following financial news long enough to know about economic bubbles, and to know what ultimately happens to them.

At the start of my last year of my college education, the technological bubble was near its highest, and by time I graduated, the bubble burst, which as you know is now referred to as the dot com bust. When I graduated, I was unable to get a position in the field because so many technology companies were laying off staff, or were simply going out of business.

While I was still in school, I watched many of my peers get jobs in the field, and they were telling me how much they were getting paid, and for me, it was quite disturbing. I had a good idea of their skill-sets through observation, and in my eyes, there was no way they should have been getting paid as much as they were. Unfortunately, several months later, the market agreed with me. It got to the point where our instructors were pushing us to learn the latest buzzwords in the industry over gaining actual skills, where they said the demand for people with computer science degrees was so high, they would hire you if you just went in there and acted like you knew what they were talking about. So that is what many of my peers did, and ultimately, when it came time for the companies that hired high-priced, under-skilled employees to produce and to profit, the perceived initial value and expected returns from these companies did not match up with reality, and the bubble burst.

To get back to my father's character, he is a very strong man who holds strong to his beliefs and morals. He is the type of person who will stand proud in the face of adversity. He is the type of person who will fight to the bitter end for what he believes in, and he is the type of person who will not bare false witness against someone because of his refusal to sacrifice his moral dignity. I can only hope and pray that I am strong enough to continue to stand up for my morals throughout my life the same way my father has done throughout his, and that I can pass the virtues I have learned from my father on to my future children.

As for my father's future, I hope that you take in to consideration that he has proven time and time again to family, friends and strangers that he is an honorable man. No matter what his future holds, I am very proud of my father and will make sure that my children know of his

courage and strength even if he is not here for them to see for themselves. I sincerely hope that he is here for our family and our future children. As for me, I am praying that you will be lenient, because he is not just my father; he is also my best friend.

If leniency is shown to my father, I am certain that he will capitalize on his opportunity by continuing to work hard and to spend time with his family and helping my siblings and I teach our children the virtues of hard work and how to live with honor and dignity.

Respectfully,

Ben Laurienti

# EXHIBIT N

Dear Judge Hatter,


I have worked with Bryan for the past 4 years as a graphics designer at our company. In the short time that I have known him, he has always stood out as an exceptional manager and influential business partner. We have grown the business greatly over the past few years and continue to grow because of his leadership. More than a leader, he is a father figure in our business as well. Passing on his knowledge and understanding of how to overcome obstacles and make decisions based on how they would affect the company in the long run. We have all learned a lot from him.


Bryan's past makes him sound like a completely different person. I was shocked to learn about his history. He does not speak about it to just anyone, and that to me shows a great deal of remorse for his past actions. I have always known him to be an honest man who speaks his mind and will tell someone what he thinks no matter the situation. I have not known him for as long as I would like, but I must say that he certainly seems to be a different person today than he was back then.



Sincerely,

William Garrett

William Garrett

# EXHIBIT O

May 10, 2011

Dear Judge Hatter,

I am writing you this letter to offer my perspective of the defendant Bryan Laurienti. I have known Bryan and worked with him for over 3 ½ years. During that time he has been a mentor, great friend and has treated me with the utmost respect. Bryan is a very important contributor to the success of BBB Systems and not only do I, but the many other employees depend on Bryans involvement for the continued success and growth of the company. His participation and knowledge has helped grow many businesses locally and also statewide.

Bryan is a very caring, giving and understanding person. I am very fortunate to have him as a part of my life and work alongside him. I know he has had the same effect on others as he has had on me.

Your Honor, in the 3 ½ years of knowing Bryan I believe he is not guilty and incapable of the charges that have been brought against him. It would be a true loss to his family, friends, co-workers and community if Bryan is to serve any time.

I would like to thank you for the opportunity to offer my opinion and express my feelings for Bryan Laurienti.

Sincerely,

Tony Rodriguez

# EXHIBIT P

May 11, 2011

Re: Reference Letter for Bryan Laurienti

To the Honorable Judge Hatter,

I am writing you on behalf of the defendant, Bryan Laurienti. I have had the pleasure of working with Bryan for over 5 and a half years at BBB Systems. Over the years I have learned a lot from Bryan, from business to personal responsibilities that have helped me become who I am today.

As a colleague I can say without a doubt that he is an enormous asset to the company; Bryan brings strength, innovative ideas, growth, and sales to the company at a level unmatched by any other employee. Without Bryan's contribution to the company, I know that BBB Systems will be left handicapped with a void that cannot possibly be filled by any one person. BBB Systems will suffer from his absence and I can only hope that we, as a company, will be able to make up for his absence in order to keep the business afloat. It goes without saying that the lives of many hard-working people including my own are dependent on BBB Systems' success as a company and without Bryan I'm having a hard time seeing how the company will continue towards success.

Beyond being a colleague, more importantly, Bryan has been a great friend and mentor in my life – he's been like a father to me. Anyone who is a friend, family member, or even colleague of his will agree, he's one of the most honest, thoughtful, and caring guys you will ever meet. Anytime I've been in a situation where I needed help or guidance he's always been one of the first to step up and help me. Taking that away from myself, his other friends, and all of his family is going to be a very difficult thing to handle.

As closely as I know Bryan and the people he is associated with, I know that he means a lot to all of them and it's extremely counterproductive to remove someone of his character from society when he contributes so much to it on a daily basis. I honestly fear for my livelihood without his involvement in my life considering the state of the economy and how much he means to us.

If he must serve time for what he has been convicted for, I hope that you're able to understand the overwhelmingly negative consequences of his incarceration and ask that you lighten his sentencing.

Your honor, I appreciate you taking your time out of your busy schedule to read and consider my request.

Sincerely,

Brian Poole

**EXHIBIT Q**

**[FILED MANUALLY]**