**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

CASE NO. **CR 03-0620-TJH**                                                                                          Date: JULY 25, 2011

HONORABLE TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Hilda Avila | Keri Axel |
|---|---|---|
| Deputy Clerk | Court Recorder | Asst U.S. Attorney |

| **Bryan Laurienti** | Neha Mehta, DFPD | N/A |
|---|---|---|
| Defendant | DFPD/APPTD/RTND/Counsel | Interpreter- |

**RE-SENTENCING Pursuant to The Mandate of the Ninth Circuit Court of Appeal affirmed conviction vacated and remanded for Re-sentencing and recalculation of Restitution:**

Cause called and appearances made as stated above.  Special Agent Steven Goldman is present.  Court and counsel confer.

- X    REFER TO SEPARATE JUDGMENT AND PROBATION/COMMITMENT ORDER  and SEE BELOW
- X    Defendant informed of right to appeal
- X    Bond exonerated upon surrender date.
- **X**    Execution of sentence is stayed until 12 noon on **SEPTEMBER 26, 2011** at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- X    Filed and distributed judgment.  **JS-3**.

cc: USM
     FISCAL

                                                                                                                                                      **: 46**

                                                                                                                     Deputy Clerk Initials   YS

CR 90 (2/91)            CRIMINAL MINUTES - SENTENCING AND JUDGMENT